No. 347. F. H. McGRAW & Co., INC. ET AL. *v.* JOHN T. D. BLACKBURN, INC. ET AL.; and

No. 348. AETNA CASUALTY & SURETY Co. ET AL. *v.* MILCOR STEEL Co. ET AL. October 15, 1945. Petitions for writs

754

of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis A. Tepper* for petitioners. *Mr. David M. Richman* for respondents. Reported below: 149 F. 2d 301.